Acacia Mutual Life Association, complainant, v. Helen Marie Thomas et al., defendants.

Helen Marie Thomas, plaintiff in error, v. Bertha Electa Thomas, defendant in error. Gen. No. 35,034.

Opinion filed June 22, 1931.

Edward H. Taylor, for plaintiff in error; Charles M. Haft and Robert B. Ardell, of counsel. McKinley & Schmauch and Beach & Beach, for defendant in error; W. W. Schmauch, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

Edward Ellendt, appellant, v. Richard Espeland, appellee. Gen. No. 35,115.

Opinion filed June 22, 1931.

Alexander K. Gembick, for appellant; William Rifkind, of counsel. Goodnow, Allaben & Snewind, for appellee; Charles D. Snewind, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

William E. Cloyes, appellant, v. Great Lakes Finance Corporation, appellee. Gen. No. 35,146.

Opinion filed June 22, 1931.

Roland J. Klingler, for appellant. William McKinley and Paul E. Price, for appellee.

Mr. Justice Matchett delivered the opinion of the court.